IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:09-00020 JUDGE HAYNES |
| JEFFERY LATROY NELSON, | ) ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the United States's motion to dismiss the indictment without prejudice (Docket Entry No. 49). That motion is **GRANTED**, and the indictment in this action is **DISMISSED without prejudice**. The Defendant is released from the conditions of his bond.

It is so **ORDERED**.

ENTERED this the 25th day of July, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge